JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2018 JUN 13 PM 2: 43

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OCTAVIO AMPARAN,<br><br>Defendant. | § CRIMINAL NO. EP-18-CR-<br>§<br>§ **INDICTMENT**<br>§<br>§ CT 1: 8:1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and<br>§ (a)(1)(B)(i)- Conspiracy to Transport Aliens;<br>§<br>§<br>§ |

EP18CR1732

THE GRAND JURY CHARGES:

**COUNT ONE**
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about May 16, 2018, in the Western District of Texas, Defendant,

**OCTAVIO AMPARAN,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney