IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Cause No. EP:18-CR-01732-KC(1) |
| § | |
| OCTAVIO AMPARAN, JR. aka § | |
| Octavio Amparan § | |

## ORDER REVOKING SUPERVISED RELEASE

On September 25, 2023, came to be considered the petition for revocation of supervised release in the above styled and numbered cause. The Defendant appeared in person by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the defendant, **OCTAVIO AMPARAN, JR. aka Octavio Amparan**, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on November 29, 2018, in that he committed another state or local crime and failed to notify the Probation Officer within 72 hours of being arrested in violation of a standard condition of his conditions of supervised release. The Court further found that continuing defendant on supervised release would no longer serve the ends of justice, and that the petition for revocation of supervised release should be granted. It is therefore **ORDERED** that the petition for revocation of supervised release filed herein on September 8, 2023 be, and it is hereby, **GRANTED**.

It is further **ORDERED** that the supervised release of defendant **OCTAVIO AMPARAN, JR. aka Octavio Amparan** be, and it is hereby, **REVOKED**.

It is further **ORDERED** that the defendant is hereby, committed to the custody of the Bureau of Prisons for a period of time served until October 5, 2023.

It is further **ORDERED** that the defendant shall remain in United States Marshal custody until October 5, 2023; thereafter, the United States Marshal Service is to transport the defendant to Christian Farms Treehouse located at 3804 Riverside Trail, Temple, Texas 76502.

It is further **ORDERED** that upon release from custody, the defendant shall be on supervised release for a term of two (2) years. While on supervised release, the defendant shall comply with the mandatory, standard, special, and additional conditions that have been adopted by this Court and ordered in the original judgment dated November 29, 2018.

SIGNED this 3rd day of October, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE